■ PEERLESS PRESS, Respondent, v SIANO, SPITZ & ASSOCIATES, INC., Appellant. [614 NYS2d 965] —Order unanimously affirmed with costs for reasons stated in decision at Onondaga County Court, Cunningham, J. (Appeal from Order of Onondaga County Court, Cunningham, J.—Summary Judgment.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ ELSIE J. SMITH, Appellant, v LUM SMITH, Defendant, and GRACE M. ANGE, Respondent. (Appeal No. 2.) [614 NYS2d 966] — Appeal unanimously dismissed without costs *(see, Matter of Chendo O.,* 175 AD2d 635). (Appeal from Order of Supreme Court, Erie County, Doyle, Jr., J.—Vacate Default Judgment.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.